Ren JUDKINS, Plaintiff–
Cross Appellant,

v.

**HT WINDOW FASHIONS CORP.,**
Defendant–Appellant.

Nos. 2010–1336, 2010–1356.

United States Court of Appeals,
Federal Circuit.

April 6, 2011.

Frederick L. Whitmer, Kilpatrick Stockton, LLP, of New York, NY, argued for plaintiff-cross appellant. Of counsel on the brief were Lynn J. Alstadt and Ralph G. Fischer, Buchanan Ingersoll & Rooney, PC, of Pittsburgh, PA.

Arne M. Olson, Olson & Cepuritis, Ltd., of Chicago, IL, argued for defendant-appellant. With him on the brief were David I. Roche, Baker & McKenzie, LLP, of Chicago, IL. Of counsel on the brief were Joseph M. Kuo and Matthew D. Kellam, Olson & Cepuritis, Ltd., of Chicago, IL.

GAJARSA, MAYER, and O'Malley, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

**904**

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**